UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

ALAIN PITON,

              Defendant.

13 Cr. 361 (HB)

---

### DEFENDANT PITON'S
### JURY *VOIR DIRE*

The defense respectfully requests that the Court include the following questions in its *voir dire* of prospective jurors, in addition to the standard questions routinely asked:

1. Do you have any antipathy or negative feelings towards Haitians that might affect your ability to fairly and impartially sit as a juror in this case?

2. What newspapers and magazines do you regularly read?

3. What are your favorite television programs?

4. Mr. Piton is represented in this case by Don Buchwald, who is a member of the law firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, NY 10178.

    Do any of you know the firm of Kelley Drye & Warren or Mr. Buchwald?

## Final Self-Evaluative Question

    5.    Is there anything else about yourself which you think in fairness the parties ought to know? Is there anything which you believe that a lawyer for either side would want to know about you in selecting a jury for this case, which you have not already told us about?

Respectfully submitted,

Dated:    New York, New York    KELLEY DRYE & WARREN LLP
October 17, 2013

By: _____
Don D. Buchwald
101 Park Avenue
New York, NY 10178
(212) 808-5147

NY01\BuchD\1961746.1